UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

HAROLD R. BERK et al.,                          :
                                                :
        Plaintiffs,                             :
    v.                                          :   No. 2:15-cv-00474
                                                :
THOMAS A. CLARE et al.,                         :
                                                :
        Defendants.                             :
_____

**O R D E R**

AND NOW, this 12th day of August, 2015, upon consideration of Plaintiffs' uncontested Motion to Withdraw Exhibit D from Plaintiffs' Memo Opposing Motion to Dismiss, ECF No. 30, **IT IS ORDERED** as follows:

1. Plaintiffs' Motion, ECF No. 30, is **GRANTED**. The following document shall be withdrawn from the record: Exhibit D to Plaintiffs' Memorandum in Opposition to Motions to Dismiss, ECF No. 27-4. The Clerk of Court is directed to effectuate the removal of this document from the record.

2. Plaintiffs' Motion to Put under Seal Exhibit D to Plaintiffs' Memorandum in Opposition to Motion to Dismiss, ECF No. 28, is **DENIED** as moot.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge