IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD R. BERK, and ORION PARTNERS V, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS A. CLARE, CLARE LOCKE LLP, ALISON WADLE, HCP PACIFIC ASSET MANAGEMENT, LLC, HUNT COMPANIES, INC., STEVEN F. GRIFFITH, JR., BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C., and HUNT CAPITAL PARTNERS, LLC<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:15-cv-00474-JFL |

## JOINT MOTION TO DISMISS

Plaintiffs Harold R. Berk and Orion Partners V, LLC ("Plaintiffs") and Defendants Thomas A. Clare, Clare Locke LLP, Alison Wadle, HCP Pacific Asset Management, LLC, Hunt Companies, Inc., Steven F. Griffith, Jr., Baker Donelson Bearman Caldwell & Berkowitz, P.C. and Hunt Capital Partners, LLC ("Defendants"), by and through their undersigned counsel, and pursuant to Federal Rule 41(a)(2) and based on an amicable settlement having been reached, jointly move the Court for entry of an Order dismissing all of the claims asserted by Plaintiffs with prejudice and with each party to bear its or his own costs and attorneys' fees.

**WHEREFORE**, for the foregoing reasons, Plaintiffs and Defendants respectfully request that this Court GRANT their Motion to Dismiss and enter an Order dismissing the entirety of the

claims asserted by Plaintiffs with prejudice, and ordering that the Court retains jurisdiction to enforce the settlement.

November 11, 2015

Respectfully submitted,

s/ *David H. Pittinsky*
DAVID H. PITTINSKY (PA 4552)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone:  215.864.8117
Facsimile:  215.864.8999

**ATTORNEYS FOR ALL DEFENDANTS**

s/ *Harold R. Berk*
HAROLD R. BERK (PA 22566)
1041 Glendevon Drive
Ambler, PA 19002
215-646-3434
215-896-2882 mobile
haroldberk@gmail.com

**ATTORNEY FOR ALL PLAINTIFFS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD R. BERK, and ORION PARTNERS V, LLC | : <br> : <br> : |
| Plaintiffs, | : <br> : CIVIL ACTION <br> : |
| v. | : <br> : No. 2:15-cv-00474-JFL |
| THOMAS A. CLARE, CLARE LOCKE LLP, ALISON WADLE, HCP PACIFIC ASSET MANAGEMENT, LLC, HUNT COMPANIES, INC., STEVEN F. GRIFFITH, JR., BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C., and HUNT CAPITAL PARTNERS, LLC | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## ORDER

Considering the foregoing Joint Motion to Dismiss filed by Plaintiffs Harold R. Berk and Orion Partners V, LLC ("Plaintiffs") and Defendants Thomas A. Clare, Clare Locke LLP, Alison Wadle, HCP Pacific Asset Management, LLC, Hunt Companies, Inc., Steven F. Griffith, Jr., Baker Donelson Bearman Caldwell & Berkowitz, P.C. and Hunt Capital Partners, LLC ("Defendants"), by and through their undersigned counsel, and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that all of the claims asserted by Plaintiffs are DISMISSED WITH PREJUDICE, with each party to bear its or his own costs.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the settlement between Plaintiffs and Defendants.

**SO ORDERED** this _____ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all parties and/or their counsel of record.

*s/ David H. Pittinsky*
DAVID H. PITTINSKY
